# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TIMOTHY MOSBY**                                                        **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO.: 4:05CV9SA-DAS**

**BOLIVAR COUNTY, MISSISSIPPI, ET. AL**                               **DEFENDANTS**

## ORDER

Presently before the Court is Plaintiff's Motion [54,55]Requesting W. Ellis Pittman Return Plaintiff's Bolivar County, Mississippi File. The Court finds as follows:

W. Ellis Pittman was the attorney of record for the Plaintiff in this matter. An order dismissing this case with prejudice was entered by the Court on January 15, 2008. According to Plaintiff, he requested his case file back from Mr. Pittman three times since January 2008 and has still not received it. Plaintiff has now motioned the Court to enter an order requiring Mr. Pittman return the case file to him. While the Court is hesitant to get involved in attorney client affairs, the Court will request that Mr. Pittman mail or otherwise serve a copy of Plaintiff's Bolivar County, Mississippi case file to Plaintiff and file the appropriate proof of service with this Court by May 9, 2009.

SO ORDERED, this the 8th day of April, 2009.

                                                                **/s/ Sharion Aycock**
                                                                 **UNITED STATES DISTRICT JUDGE**